# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Anthony Williams,

    Plaintiff(s),

vs.

Theodis Beck,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07-cv-422

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 23, 2009 Order.

Signed: November 23, 2009

Frank G. Johns, Clerk
United States District Court